

Ross Tower
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Main 214.855.7500
Fax 214.855.7584
munsch.com

Direct Dial 214.880.1061
Direct Fax 214.855.7584
jalibhai@munsch.com

October 18, 2023

*Via E-File*
Lyle W. Cayce
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    Re:   *Electric Reliability Council of Texas, Inc. v. Anna Phillips, as Trustee of the Entrust Liquidating Trust*; Appeal No. 22-20603; In the United States Court of Appeals for the Fifth Circuit.

Dear Mr. Cayce:

    Pursuant to Federal Rule of Appellate Procedure 28(j) and Fifth Circuit Rule 28.4, Appellant/Cross-Appellee Electric Reliability Council of Texas, Inc. ("ERCOT") files this letter providing supplemental authority to the Court.

    When the parties submitted their briefing, the petitions for review in *Luminant Energy Co. v. PUCT,* 665 S.W.3d 166 (Tex. App.—Austin 2023, pet. filed) were pending before the Supreme Court of Texas. On September 29, 2023, the Supreme Court of Texas granted the petitions for review and agreed to review the Third Court of Appeals' opinion on whether the PUCT exceeded its authority under PURA in issuing the PUCT Orders. The case is set for oral argument on January 30, 2024. Because the *Luminant* opinion is referenced in both parties' briefs, ERCOT provides the Court with notice of the status of the *Luminant* case.

    Thank you for your time and attention to this matter.

    Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Jamil N. Alibhai*
Jamil N. Alibhai

cc: All Counsel of Record